UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 4:08CR341 CDP |
| | ) | |
| SCOTT THOMAS PARMLEY, | ) | |
| | ) | |
| Defendant. | ) | |

## **ORDER**

**IT IS HEREBY ORDERED** that the change of plea hearing as to defendant Scott Thomas Parmley is set for **Tuesday, November 25, 2008 at 8:30 a.m.** in Courtroom 14-South.

_____
CATHERINE D. PERRY
UNITED STATES DISTRICT JUDGE

Dated this 17th day of November, 2008.